

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bobby Jackson,

\* From the 350th District Court
of Taylor County,
Trial Court No. 15006-D.

Vs. No. 11-22-00030-CR

\* March 10, 2022

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.